UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| | : | |
| v. | : | |
| | : | Mag. No. 07-3587 (MF) |
| JAMES G. MADISON | : | |

I, Brian Salamone, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 22, 2007, in Union County, in the District of New Jersey, and elsewhere, defendant JAMES G. MADISON did:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

Brian Salamone
Special Agent
U.S. Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
July 23, 2007, at Newark, New Jersey

HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**ATTACHMENT A**

On or about July 22, 2007, in Union County, in the District of New Jersey, and elsewhere, defendant JAMES MADISON did:

> knowingly and wilfully, by force and violence, and by intimidation, take from the person and presence of employees of Bank of America, approximately $3,000 in money belonging to, and in the care, custody, control, management, and possession of the bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

**ATTACHMENT B**

I, Brian Salamone, am a Special Agent for the United States Federal Bureau of Investigation ("FBI"). Based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the following facts:

1. On or about July 22, 2007, defendant JAMES G. MADISON entered the Bank of America, located at 2463 Route 22, in Union, New Jersey at approximately 11:25 a.m. Defendant MADISON wore a yellow baseball cap, but did not otherwise alter or disguise his appearance.

2. After entering the Bank of America, defendant JAMES G. MADISON showed a handwritten note to an employee within the bank, and read the note, stating, in substance and in part, "Give me on top of counter 100s, 50s, and 20s. Don't press silent alarm. No dye pack." In response, the employee placed approximately three thousand dollars in United States currency belonging to the bank on the counter. Defendant MADISON took this cash from the counter, placed it in a small, blue bag, and exited the bank through the same door through which he had entered.

3. The Bank of America employee subsequently observed defendant JAMES G. MADISON enter a black Nissan Altima, with New Jersey license plate MBX93A.

4. Law enforcement agents further identified the Nissan Altima driven by the individual matching the description of the bank robber as registered to an individual who is believed to be the girlfriend of defendant JAMES G. MADISON (hereinafter "Individual 1").

5. On or about July 23, 2007, law enforcement agents interviewed Individual 1, who stated, in substance and in part, that defendant JAMES G. MADISON had driven her vehicle on July 22, 2007. Individual 1 advised that she had loaned the car to defendant MADISON at approximately 9:00 to 9:30 a.m. and that he had returned at approximately 12:00 p.m. to 12:30 p.m. Individual 1 stated that after defendant MADISON returned to the apartment where they resided, she observed him counting United States currency in denominations of 20s, 50s and 100s.

6. On or about July 23, 2007, law enforcement agents conducting surveillance outside the apartment complex in Maplewood, New Jersey where defendant JAMES G. MADISON resides observed the black Nissan Altima with license plate MBX93A parked in the parking lot behind the apartment complex. Agents subsequently observed defendant MADISON exit his residence at approximately 6:30 a.m. at which time he was carrying a black bag which he placed in the passenger seat of a gray Honda Civic which was parked directly next to the black Nissan Altima. Law enforcement agents then observed defendant MADISON take a white binder from the trunk of the gray Civic, and then enter the driver's side of the vehicle. At that time, law enforcement agents confronted defendant MADISON.

7. On or about July 23, 2007, law enforcement agents interviewed a teller from the Bank of America located at 2463 Route 22 in Union, New Jersey. This teller positively identified a photograph of defendant JAMES G. MADISON as the individual who had robbed the bank the previous day.

8. At all times relevant to this Complaint, the deposits of the Bank of America in Union, New Jersey were insured by the Federal Deposit Insurance Corporation.