SWC/2006R01363

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-624(JLL) |
| v. | : | 18 U.S.C. §§ 2113(a) and 2 |
| JAMES G. MADISON | : | <u>I N D I C T M E N T</u> |

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about July 22, 2007, in Union County, in the District of New Jersey, and elsewhere, defendant

JAMES G. MADISON

did, by force and violence, and by intimidation, knowingly take and attempt to take from the person and presence of an employee of Bank of America, in Union, New Jersey, approximately $3,000 belonging to, and in the care, custody, control, management, and possession of Bank of America, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

Christopher J. Christie
CHRISTOPHER J. CHRISTIE
United States Attorney

**CASE NUMBER: 2006R01363**

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**JAMES G. MADISON**

## INDICTMENT CHARGING VIOLATIONS OF

18 U.S.C. §§ 2113(a) and 2

**CHRISTOPHER J. CHRISTIE**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

SHANA W. CHEN
*ASSISTANT U.S. ATTORNEY*
*973-353-6095*

USA-48AD 8
(Ed. 1/97)