PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: MADISON, James G.          Cr.: 07-00624-001
                                              PACTS #: 49408

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/24/2008

Original Offense: Bank Robbery (by force or violence) - six (6) counts to run concurrently

Original Sentence: 120 months imprisonment; 3 years supervised release; $81,128 restitution; $100 special assessment

Special Conditions: 1) financial disclosure; 2) debt accumulation monitoring; and 3) one-month residential reentry center placement (modified)

Type of Supervision: Supervised Release            Date Supervision Commenced: 04/29/2016

## PETITIONING THE COURT

☒ To modify the conditions of supervision by WITHDRAWING the following:

**RESIDENTIAL REENTRY CENTER PLACEMENT** (1 month WITHOUT weekend privileges)

You shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall NOT be eligible for weekend privileges. You shall be excused from any subsistence obligation. You shall be eligible for approved leave to work at Hummel Machine and Tool Company. Any additional leave must be approved in advance by the Probation Office.

☒ To modify the conditions of supervision by ADDING the following:

**COMMUNITY SERVICE (40 hours)**

You shall contribute 40 hours of community service work over a period of two (2) months or less, from the date this corresponding Probation Form 12-B is signed by Your Honor. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Prob 12B – page 2
MADISON, James G.

## CAUSE

In January 2017, Madison incurred a serious work-related injury. He has undergone two (2) spinal cord fusion surgeries. His aftercare is extensive and his medical status would be a hindrance on Toler staff. Madison has not displayed any additional noncompliant behavior.

Respectfully submitted,

By: Joseph Empirio
Senior U.S. Probation Officer

*Joseph Empirio*

Joseph Empirio
2018.06.12
14:16:39 -04'00'

Date: 12/07/2016

THE COURT ORDERS:

☑ The Modification(s) of Conditions as Noted Above *(Probation recommended)*

☐ No Action

☐ Other

_____
Signature of Judicial Officer

6/20/18
_____
Date